June 11, 2010

Mr. Daryl L. Moore
Daryl L. Moore, P.C.
1005 Heights Blvd.
Houston, TX 77008

Mr. William "Andy" Taylor
Andy Taylor & Associates, P.C.
405 Main Street, Suite 200
Houston, TX 77002
Mr. Thomas R. Phillips
Baker Botts L.L.P.
98 San Jacinto Center, Suite 1500
Austin, TX 78701

Mr. Armando Lopez
Armando Lopez, P.C.
8433 Katy Freeway, Suite 200
Houston, TX 77024

RE: Case Number: 08-0961
 Court of Appeals Number: 14-07-00047-CV
 Trial Court Number: 344,157-401

Style: MARIA DEL CARMEN GUILBOT SERROS DE GONZALEZ, ET AL.
 v.
 MIGUEL ANGEL GONZALEZ GUILBOT, CARLOS A. GONZALEZ GUILBOT, AND MARIA
 ROSA DEL ARENAL DE GONZALEZ

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@courts.state.tx.us or call (512)463-1312 ext. 41367. The
Request to Take Judicial Notice is dismissed as moot. (Justice Guzman not
sitting)

 Sincerely,
 [pic]
 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Mr. Christopher A. |
| |Prine |
| |Ms. Beverly Kaufman|